**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
OCTAVIANO MUNIZ, et al.,
:
:
                          Plaintiffs,    :      No. 19-CV-7468 (AJN) (OTW)
:
                  -against-          :                **ORDER**
:
PIER A BATTERY PARK ASSOCIATES, LLC, et al., :
:
                         Defendants.  :
:
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court has reviewed the parties' respective letters and status report. If Plaintiffs intend on moving to compel the deposition of Harry Poulakakos, they shall brief the motion on the following schedule: Motion to compel due **February 26, 2020**; Defendants' opposition due **March 4, 2020**; Plaintiffs' reply, if any, due **March 6, 2020**. Because the parties were unable to agree on a protective order, the Court will enter its model protective order under separate cover. If Defendants wish to file a dispositive motion, they shall refer to Judge Nathan's Individual Practices and the Local Rules. The Clerk is directed to close ECF 25 and ECF 31.

      **SO ORDERED.**

Dated: February 19, 2020                      _s/ Ona T. Wang_
       New York, New York                    **Ona T. Wang**
                                        United States Magistrate Judge