UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Octaviano Muniz, et al.,

        Plaintiffs,

—v—

Pier A Battery Park Associates, LLC, et al.,

        Defendants.

19-cv-07468 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Post-Discovery Status Conference in this matter originally scheduled for March 13, 2020, Dkt. No. 24, is hereby adjourned *sine die*. The parties are ordered to submit a joint status letter within one week of the completion of discovery.

SO ORDERED.

Dated: February 19, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge