**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
OCTAVIANO MUNIZ, et al.,

                Plaintiffs,

      -against-

PIER A BATTERY PARK ASSOCIATES, LLC, et al.,

                Defendants.

-------------------------------------------------------------x

No. 19-CV-7468 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a status conference on November 4, 2020. In accordance with the Court's instructions and orders on that call, it is now hereby **ORDERED**:

- JPTO due on **December 18, 2020**.
- Pretrial conference call scheduled for **January 6, 2021 at 11:00 am**.

Dial-in (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: November 4, 2020                          **Ona T. Wang**
       New York, New York                 United States Magistrate Judge