Case 1:19-cv-07468-OTW   Document 62   Filed 12/21/20   Page 1 of 1

# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---|
| 30-97 Steinway Street Suite 301-A | Telephone: (347) 687-2019 |
| Astoria, NY 11103 | cmulhollandesq@gmail.com |

December 18th, 2020

Honorable Ona T. Wang
United States Magistrate Judge
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: Muniz, et al. v. Pier A Battery Park Associates, LLC, et al.<br>19-cv-7468 (OTW)

Your Honor,

I write jointly with Defendants' counsel to respectfully request an extension of time to file the Joint Pretrial Order and accompanying pre-trial documents. Currently, the documents are due December 18th, 2020.

The parties have a draft in circulation for the JPTO, Jury Instructions, Verdict Sheet, and proposed Voir Dire; however, the amount of issues to resolve between counsel and clients is larger than expected, particularly in regards to how the parties can expediently handle a rather large amount of documentary exhibits that will likely be stipulated to.

The parties would respectfully request an extension to January 18th, 2020. This is the first request for this relief and it is made upon mutual consent.

The parties thank the Court for its attention to this matter.

---

Application Granted. JPTO due Jan. 18, 2021. The Jan. 6, 2021 conference is hereby adjourned to Jan. 26, 2021 at 2:00 pm. See ECF 60 for dial in. ECF 61 resolved. SO ORDERED.

/s/ Ona T. Wang  Dec. 21, 2020
U.S.M.J.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiffs*