UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OCTAVIANO MUNIZ, et al.,

                Plaintiffs,                No. 19-CV-7468 (AJN) (OTW)

    -against-                      **ORDER**

PIER A BATTERY PARK ASSOCIATES, LLC, et al.,

                Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a pre-trial conference on February 24, 2021.

By **April 2, 2021**, parties are directed to submit a stipulation resolving the pending motions in limine.

Parties are directed to appear for a conference on **May 12, 2021 at 11:00 am**. Dial-in (866) 390-1828, access code 1582687. By **May 5, 2021**, parties are directed to submit a joint revised proposed witness list in accordance with the Court's instructions on February 24, 2021.

Parties are directed to order a copy of the February 24, 2021 transcript and split the cost.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: February 26, 2021                            **Ona T. Wang**
      New York, New York                     United States Magistrate Judge