**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
OCTAVIANO MUNIZ, et al.,

                Plaintiffs,

     -against-

PIER A BATTERY PARK ASSOCIATES, LLC, et al.,

                Defendants.

------------------------------------------------------------x

19-CV-7468 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

If parties have unavailable dates for a trial in July-September 2021 or October-December 2021, parties are directed to meet and confer and file a joint status letter by **May 5, 2021** with their three unavailable dates per quarter.

**SO ORDERED.**

Dated: April 27, 2021
       New York, New York

                          *s/ Ona T. Wang*
                          **Ona T. Wang**
                United States Magistrate Judge