```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
OCTAVIANO MUNIZ, et al.,                                    :
                                                            :
                              Plaintiffs,                   :     19-CV-7468 (OTW)
                                                            :
              -against-                                     :     ORDER
                                                            :
PIER A BATTERY PARK ASSOCIATES, LLC, et al.,                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Trial in this matter is scheduled to begin September 29, 2021, and the parties are directed to appear for a pretrial conference on **July 21, 2021 at 10:00 am** in Courtroom 20D, 500 Pearl Street, New York, New York.

In advance of the July 21, 2021 conference, the parties are directed to meet and confer regarding the issues discussed on May 26, 2021, including: (1) potential settlement of any plaintiff(s); (2) translators; (3) any remote witnesses; (4) any stipulated-to laws and facts; and (5) agreed-to exhibits and any objections. By **July 14, 2021**, parties are directed to submit a joint agenda for the July 21, 2021 conference.

**SO ORDERED.**

Dated: June 29, 2021
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge