**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
OCTAVIANO MUNIZ, et al.,

                Plaintiffs,       19-CV-7468 (OTW)

      -against-       **ORDER**

PIER A BATTERY PARK ASSOCIATES, LLC, et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Trial in this matter is scheduled to begin September 29, 2021, and the parties are directed to appear for a pretrial conference on **Monday, August 16, 2021 at 10:00 am** in Courtroom 20D, 500 Pearl Street, New York, New York.

As discussed at the July 21 pretrial conference, by **August 11, 2021**, parties are directed to submit: (1) a joint agenda for the August 16, 2021 conference, as well as (2) a supplemental proposed Joint Pretrial Order, including, but not limited to:

- An updated witness list, including witnesses' titles and expected testimony;
- A joint stipulation to what Defendants' employment records show (e.g., hours worked and rate of pay) as to each plaintiff;
- A first draft of a possible demonstrative exhibit outlining a high-level analysis of Plaintiffs' and Defendants' respective payment and hours calculations;
- An updated exhibit list including additional details and party objections; and

- An explanation of the extent to which the parties anticipate using deposition designations at trial, and the deposition designations (if any) themselves.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: July 26, 2021<br>New York, New York | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |