UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

OCTAVIANO MUNIZ, et al.,

                  Plaintiffs,                  19-CV-7468 (OTW)

        -against-                        **ORDER**

PIER A BATTERY PARK ASSOCIATES, LLC, et al.,

                  Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Trial in this matter is scheduled to begin September 29, 2021. As discussed at the August 16, 2021 pretrial conference, the parties are directed to meet and confer, and by **September 10, 2021** submit the following:

- An updated supplemental Joint Pretrial Order, including:

  a. An updated joint stipulation to: (1) the individual plaintiffs' titles, and (2) the individual plaintiffs' rate of pay from the relevant time period;

  b. Finalized, joint demonstrative exhibits summarizing the wage statements for each plaintiff, including a column stating the total sum of the payments received;

  c. An updated exhibit list, including: (1) additional descriptions of the proposed exhibits; (2) party objections; and (3) the bases of any objection (e.g., Rule 401: Relevance).

  d. An updated witness list, in accordance with the above changes.

- A complete set of exhibits, via email to Wang_NYSDChambers@nysd.uscourts.gov.

- Any motions in limine relating to any issue requiring the Court's resolution prior to trial, including, but not limited to: (1) confidentiality of PII; or (2) the inclusion of any disciplinary documentation for any plaintiff.

The parties are also directed to inform the Court **by September 10, 2021** whether the parties are amenable to conducting settlement discussions before another MJ.

**SO ORDERED.**

Dated: August 18, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge