# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street Suite 301-A  Telephone: (347) 687-2019
Astoria, NY 11103  cmulhollandesq@gmail.com

October 20th, 2021

Honorable Ona Wang
United States Magistrate Judge
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: Muniz, et al. v. Pier A Battery Park Associates, LLC, et al.
19-cv-7468 (OTW)

Your Honor,

Plaintiffs write to respectfully request an additional fourteen (14) days to submit the proposed settlement agreement. The Plaintiffs have heard back from Defendants' counsel just this past Monday approving final edits for a proposed final agreement. The undersigned will be circulating the agreement to the clients for signature and would request an additional two weeks to obtain those signatures.

This is the second request for an extension. The prior first request was also for an additional fourteen days and that request was granted.

**SO ORDERED:**

Application GRANTED.

_____
**Ona T. Wang**        10/26/21
United States Magistrate Judge

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiffs*